UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JI SEO, on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

LYONS, DOUGHTY & VELDHUIS, P.C.,

*Defendant*.

Civil Action No. 21-6763

**ORDER**

**John Michael Vazquez, U.S.D.J.**

This matter comes before the Court by way of Defendant's motion for summary judgment. D.E. 30. Defendant argues that the Court should grant summary judgment and dismiss the case because Plaintiff did not suffer a concrete injury. Therefore, Defendant continues, Plaintiff lacks Article III standing to assert his claim under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, *id.*; and it

**APPEARING** that in response to Defendant's motion, Plaintiff filed a letter stating that he does not object to dismissal for lack of Article III standing, provided that the dismissal is without prejudice. D.E. 31. Plaintiff further explains that he intends to refile his complaint in state court, *id.*; and it further

**APPEARING** that "Plaintiff[] bear[s] the burden of proving standing." *Danvers Motor Co. v. Ford Motor Co.*, 432 F.3d 286, 291 (3d Cir. 2005) (internal quotation omitted). Plaintiff does not oppose Defendant's argument that he lacks Article III standing, and the Court considers Defendant's motion uncontested. Accordingly, the Court finds that Plaintiff has not met his burden of proving standing.

As a result, for the foregoing reasons, and for good cause shown,

It is on this 12th day of July 2022,

**ORDERED** that Defendant's motion for summary judgment, D.E. 30, is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice**.

                                           _____
                                           John Michael Vazquez, U.S.D.J.